```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-70651 MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| KELMAN DE LA CRUZ PEDROZA, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint as to defendant Kelman De La Cruz Pedroza.

DATED: January 11, 2022                                  Respectfully submitted,

                                                         STEPHANIE M. HINDS
                                                         United States Attorney


                                                         _____/S/_____
                                                         THOMAS A. COLTHURST
                                                         Chief, Criminal Division


NOTICE OF DISMISSAL
_____                                                            v. 8/4/2021

Leave is granted to the government to dismiss the complaint as to Kelman De La Cruz Pedroza.

Date: January 13, 2022

*[signature: Virginia K. DeMarchi]*
HON. VIRGINIA K. DeMARCHI
United States Magistrate Judge

NOTICE OF DISMISSAL

v. 8/4/2021